IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **BALLANTYNE BRANDS, LLC,** a Delaware limited liability company, | ) ) | Case No. 19-30083 |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **BALLANTYNE BRANDS, LLC,** a North Carolina limited liability company, | ) ) | Case No. 19-30084 |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

## NOTICE OF QUALIFYING BID

Ballantyne Brands, LLC, a Delaware limited liability company, and Ballantyne Brands, LLC, a North Carolina limited liability company, the debtors and debtors in possession herein (jointly, the "Debtors"), hereby give notice that they have received a single qualifying bid (the "Qualifying Bid") pursuant to the terms of the *Order Approving Revised Sale Procedures* (the "Sale Procedures Order") entered on June 17, 2019.  The Debtors have designated the Qualifying Bid as the "Prevailing Bid" as that term is defined in the Sale Procedures Order.  Accordingly, the Debtors will *not* conduct an auction on July 22, 2019.

Dated: Charlotte, North Carolina
July 17, 2019

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
121 West Trade Street, Suite 1950
Charlotte, North Carolina 28202
Telephone:  (704) 944-6560
Facsimile:  (704) 944-0380
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing *Notice of Qualifying Bid* was served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

Dated: Charlotte, North Carolina
      July 17, 2019

                            **MOON WRIGHT & HOUSTON, PLLC**

                            */s/ Richard S. Wright*
                            Richard S. Wright (Bar No. 24622)
                            121 West Trade Street, Suite 1950
                            Charlotte, North Carolina 28202
                            Telephone:  (704) 944-6560
                            Facsimile:  (704) 944-0380
                            *Counsel for the Debtors*