


FILED & JUDGMENT ENTERED
Steven T. Salata

October 23 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **BALLANTYNE BRANDS, LLC,** | ) | Case No. 19-30083 |
| | ) | |
| Debtor. | ) | Jointly Administered |

**ORDER AWARDING FEES AND EXPENSES TO
MOON WRIGHT & HOUSTON, PLLC AS COUNSEL FOR DEBTOR**

Upon consideration of the application (the "Application") of Moon Wright & Houston, PLLC ("MWH") for compensation of services in the amount of $7,108.00 and reimbursement of expenses in the amount of $364.05 for the period September 1, 2019 through September 30, 2019 pursuant to sections 330 and 331 under Title 11 of the United States Code, 11 U.S.C. § 101 et seq. and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and due and adequate notice of the Application having been provided; and no objections having been filed thereto; and it appearing that the relief requested in the Application is in the best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Application is GRANTED; and it is further

MWH: 10439.001; 00020373.7

ORDERED that MWH is allowed payment of fees in the amount of $7,108.00 and expenses in the amount of $364.05 for the period September 1, 2019 through September 30, 2019 and the Debtor is authorized to pay such amounts to MWH; and it is further

ORDERED that the Debtor is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |