IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| **BALLANTYNE BRANDS, LLC,** | ) | Case No. 19-30083 |
| | ) | |
| Debtor. | ) | Jointly Administered |

**INTERIM APPLICATION OF MOON WRIGHT & HOUSTON, PLLC
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

Name of Applicant:    Moon Wright & Houston, PLLC

Authorized to Provide Professional Services to:  Ballantyne Brands, LLC

Date of Retention:    March 11, 2019

Compensation and reimbursement is sought from October 1, 2019 through October 31, 2019. Moon Wright & Houston, PLLC has not yet received any payments for services rendered or expenses incurred during this period.

Amount of compensation sought as actual, reasonable, and necessary:    $6,234.00
Amount of expense reimbursement sought as actual, reasonable and necessary:    $ 127.00

This is a:    _____ monthly    XXXX interim    _____ final application

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 04/04/19 | 02/27/19 – 03/31/19 | $15,516.00 | $510.58 | $15,516.00 | $510.58 |
| 05/08/19 | 04/01/19 – 04/30/19 | $11,888.00 | $660.15 | $11,888.00 | $660.15 |
| 06/10/19 | 05/01/19 – 05/31/19 | $15,290.00 | $960.70 | $15,290.00 | $960.70 |
| 07/02/19 | 06/01/19 – 06/30/19 | $18,029.00 | $1,557.01 | $18,029.00 | $1,557.01 |
| 08/07/19 | 07/01/31 – 07/31/19 | $22,740.00 | $798.78 | $22,740.00 | $798.78 |
| 09/09/19 | 08/01/19 – 08/31/19 | $15,350.00 | $715.14 | $15,350.00 | $715.14 |
| 10/04/19 | 09/01/19 – 09/30/19 | $7,108.00 | $364.05 | $7,108.00 | $364.05 |

MWH: 10439.001; 00020244.8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **BALLANTYNE BRANDS, LLC,** | ) | Case No. 19-30083 |
| | ) | |
| Debtor. | ) | Jointly Administered |

### INTERIM APPLICATION OF MOON WRIGHT & HOUSTON, PLLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

Pursuant to sections 330 and 331 under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Moon Wright & Houston, PLLC ("MWH") hereby requests that this Court award it reasonable compensation for professional services rendered as counsel to the above-captioned debtor (the "Debtor") in the amount of $6,234.00, together with reimbursement for actual and necessary expenses incurred in the amount of $127.00 for the period commencing October 1, 2019 through October 31, 2019 (the "Fee Period"). In support of this application (the "Application"), MWH respectfully represents and states as follows:

### BACKGROUND

1. MWH was retained to represent the Debtor as its counsel in connection with this chapter 11 case pursuant to an Order entered by this Court on March 11, 2019 [Doc. 57]. The Order authorized MWH to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### COMPENSATION TO BE PAID

2. All services for which MWH requests compensation were performed for or on behalf of the Debtor.

3. Attached hereto as <u>Exhibit A</u> is a detailed statement of fees incurred during the Fee Period, showing the amount of $6,234.00 due for compensation for the various services rendered.

**DISBURSEMENTS**

4. MWH has incurred out-of-pocket disbursements during the Fee Period in the amount of $127.00 which are listed on <u>Exhibit A</u> hereto.

**VALUATION OF SERVICES**

5. The nature of the work performed and the cost of these services performed by MWH is fully set forth in the attached <u>Exhibit A</u>.  The rates charged by MWH's professionals are the normal hourly rates charged by MWH for work of this character.  In the Debtor's opinion, the reasonable value of the services rendered by MWH to the Debtor during the Fee Period far exceeds the fees charged by MWH.

6. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**NOTICE**

7. Notice of this Application has been given to (a) the Bankruptcy Administrator for the Western District of North Carolina, (b) the 20 largest unsecured creditors, and (c) those parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, MWH requests that allowance be made to it in the sum of $6,234.00 as compensation for necessary professional services rendered to the Debtor during the Fee Period, and the sum of $127.00 for reimbursement of actual, necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

MWH: 10439.001; 00020244.8

Dated: Charlotte, North Carolina
November 6, 2019

                                    **MOON WRIGHT & HOUSTON, PLLC**

                                    */s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
121 W. Trade Street, Suite 1950
Charlotte, North Carolina 28202
Telephone: (704) 944-6560
*Counsel for the Debtor*

MWH: 10439.001; 00020244.8