# Exhibit A

## *Moon, Wright & Houston, PLLC*

121 West Trade Street Suite 1950
Charlotte, NC 28202

Ph:704-944-6560    Fax:704-944-0380

November 4, 2019

Ballantyne Brands, LLC
2015 Ayrsley Town Blvd.
Suite 202
Charlotte, NC  28273

Client number    10439
Inv  #:    5632

**Attention:**   Rob Roberts, President

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-02-19 | Email from Roberts regarding marketing materials (.1). | 0.10 | 45.00 | RSW |
| Oct-03-19 | Email with Rob Roberts regarding marketing materials (.1); review Pearce Law fee application (.2). | 0.30 | 135.00 | RSW |
| | Review application for admin expense (.4) | 0.40 | 112.00 | DCH |
| | Draft MWH Fee Application. | 0.10 | 18.00 | SLM |
| Oct-04-19 | Conference with DCH regarding Pearce professional fee application (.4); email with Rob Roberts regarding marketing materials (.1). | 0.50 | 225.00 | RSW |
| | Analysis re: admin application (.4); Conference with RSW re: same (.4) | 0.80 | 224.00 | DCH |
| | Served fee application (.30) | 0.30 | 45.00 | AM |
| | Draft Notice and Certificate of Service re Fee Application, electronically file same. | 0.20 | 36.00 | SLM |
| Oct-07-19 | Brief conference with Liquidating Agent regarding claim objections (.3); analyze effective date issues (.3). | 0.60 | 270.00 | RSW |
| | Review Pearce Law application and emails with Pearce re: same (.5) | 0.50 | 140.00 | DCH |
| Oct-10-19 | Email from Liquidating Agent regarding expense review (.1). | 0.10 | 45.00 | RSW |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Oct-11-19 | Brielfy review Walgreens and Walmart claims (.5) | 0.50 | 140.00 | DCH |
| Oct-14-19 | Emails with Pearce re: admin claim (.1) | 0.10 | 28.00 | DCH |
| Oct-16-19 | Email from DCH regarding monthly reports (.1). | 0.10 | 45.00 | RSW |
| Oct-17-19 | Review BA objection to Pearce fee application (.1); conference with DCH regarding status of backup requests and approach to application (.3). | 0.40 | 180.00 | RSW |
| | Review BA's objection to Pearce application (.2); Emails with Pearce re: same (.2) | 0.40 | 112.00 | DCH |
| Oct-18-19 | Review draft objection to fee application (.3); conference with DCH regarding same (.3). | 0.60 | 270.00 | RSW |
| | Conference with Barbee re: Pearce application and BA objection (.2); Call with BA re: same (.2); Draft objection to same (1.0) | 1.40 | 392.00 | DCH |
| Oct-21-19 | Finalize Pearce objection (.1) | 0.10 | 28.00 | DCH |
| | Prepared certificate of service and electronically filed objection to compensation and certificate (.20) | 0.20 | 30.00 | AM |
| Oct-22-19 | Conference with Liquidating Agent regarding expense investigation (.4). | 0.40 | 180.00 | RSW |
| | Draft and upload MWH Fee Order. | 0.10 | 18.00 | SLM |
| Oct-23-19 | Call with Liquidating Agent regarding expense investigation (.2); related email (.1); review memorandum regarding same (.2). | 0.50 | 225.00 | RSW |
| | Update case deadlines (.1); Emails with BA and Pearce re: application (.1); Conference with RSW re: effective date (.1) | 0.30 | 84.00 | DCH |
| | Served fee order (.20) | 0.20 | 30.00 | AM |
| Oct-24-19 | Edit effective date notice (.2). | 0.20 | 90.00 | RSW |
| Oct-28-19 | Review emails and invoice from Pearce regarding fee application (.2); conference with DCH regarding same and related hearing preparation (.3); conference with Liquidating Agent regarding same (.5). | 1.00 | 450.00 | RSW |
| | Review and analyze claims filed in case, begin | 2.80 | 784.00 | DCH |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | outlining claim objections (1.1); Review updated invoices from Pearce and compare to prior invoices, analysis of BA's objection to same (.6); Conference re: same with RSW (.3); Emails re: same with BA (.2); Email re: same with Pearce (.1); Analysis of privilege and relevance of engagement letters and trust ledger related to Pearce refusal to produce (.4); Brief conference with RSW re: same (.1) | | | |
| Oct-29-19 | Attend hearing on Pearce fee application (1.0); conference with DCH and Liquidating Agent regarding related issues (.4). | 1.40 | 630.00 | RSW |
| | Prepare for hearing on Pearce Law application (.8); Attend hearing (1.3); Review Pearce production and related preference analysis (.3) | 2.40 | 672.00 | DCH |
| Oct-30-19 | Meeting with Liquidating Agent and BA regarding expense investigation (1.1). | 1.10 | 495.00 | RSW |
| | Conference with trustee re: Pearce application and preference (.2) | 0.20 | 56.00 | DCH |
| | Totals | 18.30 | $6,234.00 | |

## TIME SUMMARY

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| Richard S. Wright | RSW | $450.00 | 7.30 | $3,285.00 |
| Daniel Coleman Hayes | DCH | $280.00 | 9.90 | $2,772.00 |
| Amy Murray | AM | $150.00 | 0.70 | $105.00 |
| Shannon L. Myers | SLM | $180.00 | 0.40 | $72.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Sep-13-19 | Meals | 6.50 |
| Oct-31-19 | Postage | 15.60 |
| | PACER Charges | 25.70 |
| | Copies | 79.20 |
| | Totals | $127.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$6,361.00** |
| Previous Balance | 7,472.05 |
| Previous Payments | 7,472.05 |

|  |  |
|---|---|
| **Balance Now Due** | **$6,361.00** |

We appreciate the opportunity to serve you.  Payment is due upon receipt.