FILED & JUDGMENT ENTERED
Steven T. Salata

November 14 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| In re: | |
|---|---|
| BALLANTYNE BRANDS, LLC,<br>a Delaware limited liability company, | Case Number 19-30083 |
| Debtor. | Chapter 11<br>(Jointly Administered) |
| In re: | |
| BALLANTYNE BRANDS, LLC,<br>a North Carolina limited liability company, | Case Number 19-30084 |
| Debtor. | Chapter 11<br>(Jointly Administered) |

**ORDER AWARDING FEES AND EXPENSES TO PEARCE LAW PLLC
FOR FINAL APPLICATION OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES**

This matter came before the Court for hearing on November 12, 2019 and previously on October 29, 2019 on the application of Pearce Law PLLC for the allowance of final fees and expenses in these case, which application was filed on October 3, 2019 [Doc. 194; the *Application*]. Before the hearing, the United States

Bankruptcy Administrator had filed an objection to several time entries [Doc. 196; the *BA Objection*]; and the Consolidated Debtor, joined in the BA Objection and requested the production of certain documents [Doc. 197; the *Consolidated Debtor Objection*].

Present at the hearings were Bradley E. Pearce, on behalf of applicant Pearce Law PLLC; Cole Hayes, on behalf of the Consolidated Debtor; and Alexandria Kenny, on behalf of the United States Bankruptcy Administrator.

At the hearing it was announced that all issues have been resolved, as set forth in this Order

**WHEREFORE, IT IS HEREBY ORDERED** that:

A.　The Application, as revised, is GRANTED;

B.　Subject to this Order, the BA Objection [Doc. 196] and the Consolidated Debtor Objection [Doc. 197] are OVERRULED;

C.　Pearce Law PLLC is granted fees in the amount of $19,988.00 and expenses in the amount of $436.41, for a total of $20,424.41;

D.　The Consolidated Debtors are authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order (provided, however, that the payment of the amounts awarded to Pearce Law PLLC in this Order shall be without prejudice to the Consolidated Debtor's right to subsequently bring an avoidance action for a preference against Pearce Law PLLC);

E. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

**SO ORDERED.**

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | UNITED STATES BANKRUPTCY COURT |